UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE ALICE TRUJILLO,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>Defendant. | No. 1:21-cv-00273-JLT-GSA<br><br>**ORDER EXTENDING OBJECTION DEADLINE** |

It is **ORDERED** that Plaintiff's unopposed motion for an extension of time to file objections to the Findings and Recommendations, Doc. 30, is **GRANTED**.

The August 28, 2023[1] objection deadline is extended to and including September 11, 2023, with all other deadlines adjusted accordingly.

IT IS SO ORDERED.

Dated:  **August 29, 2023**                     /s/ Gary S. Austin
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel is reminded that requests for an extension brought on the filing deadline are generally looked upon with disfavor. Local Rule 144(d).

1